JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CIV 3221

RECEIVED
APR 24 2012
U.S.D.C. S.D.N.Y.
CASHIERS

- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,             :
JOHN WILEY & SONS, INC.
CENGAGE LEARNING, INC. AND           :
THE MCGRAW-HILL COMPANIES, INC.,
                                     :
                    Plaintiffs,
                                     :
      -against-
                                     :      12 Civ.

JOHN DOE D/B/A AMR JARRAD D/B/A      :
TESTBANKS-SOLUTIONMANUALS.COM SALES  :
TEAM D/B/A TBANDSM SALES TEAM D/B/A
AND JOHN DOE NOS. 1-5,               :
                    Defendants.
                                     :
- - - - - - - - - - - - - - - - - - -x

### COMPLAINT AND JURY DEMAND

Plaintiffs Pearson Education, Inc. ("Pearson"), John Wiley & Sons, Inc. ("Wiley"), Cengage Learning, Inc. ("Cengage") and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys, for their complaint against defendants John Doe d/b/a Amr Jarrad d/b/a TestBanks-SolutionManuals.com Sales Team d/b/a TBandSM Sales Team and John Doe Nos. 1-5, aver:

### Nature of the Action

1.    Plaintiffs publish college textbooks and corresponding instructors' solutions manuals.  Plaintiffs are bringing this action to obtain legal and equitable relief to remedy defendants' infringement of plaintiffs' copyrights through

their sales of unauthorized copies of plaintiffs' instructors' solutions manuals.

## Jurisdiction and Venue

2.   This Court has subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under the Copyright Act, 17 U.S.C. § 101 et seq.

3.   Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

## Parties

4.   Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.   Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.   Cengage is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

7.   McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its

principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.    Upon information and belief, defendant John Doe d/b/a Amr Jarrad d/b/a TestBanks-SolutionManuals.com Sales Team d/b/a TBandSM Sales Team is a natural person currently residing in the United States whose identity and location is currently unknown to plaintiffs.

9.    Upon information and belief, defendants John Doe Nos. 1-5 are natural persons currently residing in the United States whose identities are presently unknown to plaintiffs.

### The Businesses of Plaintiffs

10.   Each plaintiff publishes a variety of works, including educational books.

11.   As a standard practice, each plaintiff requires its authors to assign the copyrights to it or grant it the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize the dissemination of each work.

12.   Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, copyright enforcement and promotion.

13.   Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals.  This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

14.   An important part of plaintiffs' business is derived from publishing college textbooks.  College professors select textbooks from competing publishers based on the pedagogical value and the quality of supplementary materials.

15.   Instructors' solutions manuals are important supplementary materials.  Professors use instructors' solutions manuals to aid in grading homework.  Students, however, use instructors' solutions manuals to cheat.  Professors are less likely to select a textbook if the instructors' solutions manuals are freely and/or widely available.  Accordingly, plaintiffs do not sell their instructors' solutions manuals, and tightly control their distribution to known faculty.

<u>Plaintiffs' Copyrights</u>

16.   Plaintiffs routinely register their copyrights. Pearson has generally registered its copyrights in its works, including the works on Schedule A (the "Pearson Copyrights").

17.   Wiley has generally registered its copyrights in

its works, including the works on Schedule B (the "Wiley Copyrights").

18. Cengage has generally registered its copyrights in its works, including the works on Schedule C (the "Cengage Copyrights").

19. McGraw-Hill has generally registered its copyrights in its works, including the works on Schedule D (the "McGraw-Hill Copyrights").

<u>The Infringing Acts of Defendants</u>

20. Defendants have, without permission, reproduced and sold copies of plaintiffs' works. Specifically, the defendants have reproduced and sold copies of plaintiffs' instructors' solutions manuals, including sales into the Southern District of New York, through online sales at websites and forums, including but not limited to, testbanks-solutionmanuals.com, using the usernames including, but not limited to, "Amr Jarrad," "TestBanks-SolutionManuals.com Sales Team" and "TBandSM Sales Team" and e-mail addresses including, but not limited to, amroosi@hotmail.com and sales@testbanks-solutionmanuals.com.

<u>CLAIM FOR RELIEF</u>
(Copyright Infringement – 17 U.S.C. § 501)

21. Plaintiffs repeat the averments contained in paragraphs 1 through 20 as if set forth in full.

22. Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

23. Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

24. Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

25. McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

26. The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

27. Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

28. Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

29. Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

30.   Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively at plaintiffs' election, (3) statutory damages.

WHEREFORE, plaintiffs demand judgment:

A.   Preliminarily and permanently enjoining the defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.   Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.   Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505; and

D.   Granting such other and further relief as to this Court seems just and proper.

<u>Jury Trial Demand</u>

PLEASE TAKE NOTICE that pursuant to Rule 38 of the

Federal Rules of Civil Procedure, the plaintiffs hereby demand a

trial by jury of all issues that are so triable.

Dated:  New York, New York          DUNNEGAN & SCILEPPI LLC
        April 24, 2012

                                    By _____
                                       Laura Scileppi (LS0114)
                                       ls@dunnegan.com
                                       Samantha Morrissey (SM1210)
                                       sm@dunnegan.com
                                    Attorneys for Plaintiffs
                                       Pearson Education, Inc.,
                                       John Wiley & Sons, Inc.,
                                       Cengage Learning, Inc. and
                                       The McGraw-Hill Companies, Inc.
                                    350 Fifth Avenue
                                    New York, New York 10118
                                    (212) 332-8300

Schedule A
"Pearson Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1. Accounting, Horngren (9th Edition) (March 11, 2011)
   (TX0007346291)
2. Accounting Information Systems, Bodnar (10th Edition)
   (October 27, 2009) (TX0007073739)
3. Accounting Information Systems, Romney (12th Edition)
   (February 28, 2011) (TX0007330306)
4. Advanced Accounting, Beams (10th Edition) (October 22, 2008)
   (TX0006899994)
5. Auditing and Assurance Services: An Integrated Approach,
   Arens (13th Edition) (April 2, 2009) (TX0006968258)
6. Auditing Cases: An Interactive Learning Approach, Beasley
   (4th Edition) (April 22, 2009) (TX0006969203)
7. Auditing Cases: An Interactive Learning Approach, Beasley
   (5th Edition) (November 16, 2011) (TX0007450454)
8. Contemporary Engineering Economics, Park (5th Edition) (March
   25, 2010) (TX0007162189)
9. Cost Accounting, Horngren (14th Edition) (February 28, 2011)
   (TX0007335836)
10. Engineering Economy, Sullivan (15th Edition) (February 14,
    2011) (TX0007329561)
11. Financial Accounting, Harrison (8th Edition) (November 28,
    2009) (TX0007078632)
12. Financial Accounting, Waybright (1st Edition) (March 1, 2010)
    (TX0007147630)
13. Financial Management Principles and Applications, Titman
    (11th Edition) (July 30, 2010) (TX0007242260)
14. Introduction to Financial Accounting, Horngren (10th Edition)
    (October 18, 2010) (TX0007284585)
15. Introduction to Government and Non-for-Profit Accounting,
    Ives (6th Edition) (April 11, 2008) (TX0006975056)
16. Introduction to Management Accounting, Horngren (15th
    Edition) (May 24, 2010) (TX0007188121)
17. Management Accounting: Information for Decision-Making and
    Strategy Execution, Atkinson (6th Edition) (April 26, 2011)
    (TX0007365539)
18. Managerial Accounting, Braun (2nd Edition) (November 24,
    2009) (TX0007089279)
19. Operations Management, Heizer (10th Edition) (April 13, 2010)
    (TX0007169150)
20. Operations Management: Processes and Supply Chains,
    Krajewski (9th Edition) (March 6, 2009) (TX0006937727)

21. Quantitative Analysis for Management, Render (10th Edition) (April 10, 2008) (TX0006936506)
22. Quantitative Analysis for Management, Render (11th Edition) (May 25, 2011) (TX0007379726)
23. Supply Chain Management: Strategy, Planning, and Operation, Chopra (4th Edition) (October 13, 2009) (TX0007048921)

Schedule B
"Wiley Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1. Accounting: Tools For Business Decision Makers, Paul Kimmel (4th Edition) (August 23, 2011) (TX0007413466)
2. Accounting Principles, Jerry Weygandt (10th Edition) (August 29, 2011) (TX0007420810)
3. Financial Accounting: IFRS, Jerry Weygandt (1st Edition) (February 22, 2011) (TX0007328417)
4. Fundamentals of Physics: Volume 1, David Halliday (9th Edition) (August 23, 2010) (TX0007262189)
5. Fundamentals of Physics: Volume 2, David Halliday (9th Edition) (August 23, 2010) (TX0007244818)
6. Intermediate Accounting, Donald Kieso (14th Edition) (September 9, 2011) (TX0007417230)
7. Intermediate Accounting: Principles and Analysis, Paul Warfield (2nd Edition) (June 22, 2009) (TX0006989903)
8. Physics, John Cutnell (8th Edition) (May 3, 2010) (TX0007273275)

Schedule C
"Cengage Copyrights"

<u>Title, Author (Edition) (Registration Date) (Registration Number)</u>

1. Payroll Accounting, Bieg (22nd Edition) (November 14, 2011) (TX0007448561)
2. Advanced Accounting, Fischer/Cheng/Taylor (10th Edition) (May 29, 2008) (TX0006911127)
3. Advanced Accounting, Fischer/Cheng/Taylor (11th Edition) (September 1, 2011) (TX0007416845)
4. Intermediate Accounting, Stice/Stice/Skousen (17th Edition) (July 26, 2010) (TX0007225697)
5. Intermediate Accounting, Stice/Stice (18th Edition) (August 9, 2011) (TX0007412769)
6. Accounting Information Systems, Gelinas/Dull (8th Edition) (September 18, 2009) (TX0007033420)
7. Survey of Accounting, Warren (5th Edition) (November 24, 2010) (TX0007294233)
8. Accounting Information Systems, Hall (7th Edition) (March 19, 2007) (TX0006547786)
9. Managerial ACCT, Sawyers/Jackson/Jenkins (1st Edition) (March 2, 2010) (TX0007158223)
10. Fraud Examination, Albrecht/Albrecht/Albrecht/Zimbelman (4th Edition) (August 8, 2011) (TX0007408239)

12

Schedule D
"McGraw-Hill Copyrights"

<u>Title, Author (Edition) (Registration Date) (Registration Number)</u>

1.  Fundamentals of Corporate Finance, Ross/Westerfield/Jordan
    (9th Edition) (October 5, 2009) (TX0007054606)
2.  Accounting for Governmental and Nonprofit Entities,
    Wilson/Kattelus (May 31, 2011) (15th Edition) (TX0007381018)
3.  Advanced Accounting, Hoyle/Schaefer/Doupnik (10th Edition)
    (April 15, 2010) (TX0007185493)
4.  Auditing and Assurance Services A Systematic Approach,
    Messier (7th Edition) (February 24, 2010) (TX0007170243)
5.  Essentials of Corporate Finance, Ross (7th Edition) (April
    20, 2010) (TX0007339012)
6.  Essentials of Investments, Bodie/Kane/Marcus (October 5,
    2009) (8th Edition) (TX0007059352)
7.  Fundamental Accounting Principles, Wild/Shaw (October, 12,
    2010) (20th Edition) (TX0007278768)
8.  Principles of Auditing and Other Assurance Services,
    Whittington (17th Edition) (September 28, 2009)
    (TX0007226971)